| | | | |
|---|---|---|---|
| | AUSA: | Jeremiah Smith | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jimmie Pharr | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Mark Anthony Carter

Case: 2:22−mj−30039
Assigned To : Unassigned
Assign. Date : 1/27/2022
CMP: SEALED MATTER (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jimmie Pharr, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 27, 2022

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1.   I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since January 17, 2016. I am currently assigned to the Detroit Field Division.  I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and the identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was previously employed as a City of Detroit Police Officer from 2013 to 2016. During my employment with the Detroit Police Department, I

conducted and participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of an application for an arrest warrant for Mark Anthony CARTER for the crime of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. On December 1, 2021, at approximately 11:15 a.m., a Canton Police Department Sergeant and United States Marshals Service Task Force Officers were conducting mobile surveillance at the registered address of Mark CARTER, 5*** Saint Antoine Street, Detroit, Michigan, in the Eastern District of Michigan. The surveillance was being conducted to effect an arrest of CARTER for the charge of aggravated stalking. Upon arrival, officers observed CARTER's black 2018 Cadillac

XTS, bearing Michigan License plate D**9**, parked in front of the residence.

5. During surveillance, officers observed CARTER exit his residence, 5*** Saint Antoine Street, walk to his black 2018 Cadillac XTS, enter the driver side door, and start the vehicle. Officers then approached CARTER's vehicle and ordered him out. CARTER complied and was arrested for aggravated stalking. During the search incident to arrest, officers asked Carter if he had anything on his person. CARTER informed officers that he had a firearm in his left coat pocket. Officers recovered a Heckler & Koch pistol, model: P30L, caliber: 9mm, bearing serial number 213-037956 from CARTER's left coat pocket. The firearm was loaded with sixteen rounds of ammunition. CARTER also admitted to possessing narcotics, and officers recovered a clear plastic baggie containing suspected cocaine from his upper left coat pocket.

6. Officers also recovered from CARTER and his vehicle multiple credit cards and identification cards of other individuals. CARTER did not have a concealed pistol license (CPL) due to his prior felony convictions, which he would later admit to in a post-*Miranda* custodial interview at the Canton Police Department. Officers arrested

CARTER and charged him for aggravated stalking, carrying a concealed weapon and possession of narcotics with intent to distribute. CARTER's vehicle was towed, and CARTER was transported to the Canton Police Department without incident. In a post-*Miranda* interview conducted at the Canton Police Department, CARTER admitted to being a felon, possessing a firearm, possessing narcotics, and possessing multiple credit cards not belonging to him to aid in the purchase of personal items like clothing.

7. The above listed firearm was queried in the Law Enforcement Information Network and found to be stolen out of Detroit, Michigan (DPD report #2109040107). The Heckler & Koch pistol and all other evidence were placed in evidence at the Canton Police Department.

8. I conducted a firearm interstate nexus check on the Heckler & Koch pistol. It is in my opinion that the above stated firearm was manufactured outside the State of Michigan, and therefore the firearm traveled in interstate or foreign commerce.

9. CARTER has the following criminal history:

- 2014, Felony: Assault with Intent to do Great Bodily Harm, 3rd Circuit Court, Wayne County, MI.

4

- 2014, Felony: Felony Firearm, 3rd Circuit Court, Wayne County, MI.

10. While being released from the Michigan Department of Corrections (MDOC), CARTER was notified both verbally and in writing that he was prohibited from possessing a firearm or ammunition as both a convicted felon and a parolee. CARTER signed and dated the MDOC prisoner pre-release notice on February 15, 2018.

### III. CONCLUSION

11. Probable cause exists that Mark Anthony CARTER, a convicted felon, was in possession of a pistol, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:  January 27, 2022